UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

STEVEN HIRSCH INC.,

                                    Plaintiff,

                                                        Civil Action No.: 26-cv-03490-JRC
                                                                   Date Filed: 06/11/2026

        -against-

                                                        AFFIRMATION OF SERVICE

FORUM DAILY INC.,

                                    Defendants.

State of New York)
                SS.:
County of Albany)

Jeffrey Teitel, being duly sworn, deposes and says that deponent is over the age of eighteen years, is employed by the attorney service, TEITEL SERVICE BUREAU INC., and is not a party to this action.

That on the 10th day of July, 2026 at the office of the Secretary of State of New York in the City of Albany he served the annexed Summons in a Civil Action and Complaint on **FORUM DAILY INC.** by delivering and leaving with Bryan Millner, a clerk in the office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 2 true copies thereof and that at the time of making such service, Deponent paid said Secretary of State a fee of 40 Dollars.  That said service was pursuant to section 306 of the Business Corporation Law.

Affirmant further states that he knew the person so served as foresaid to be a clerk in the Office of the Secretary of State of New York, duly authorized to accept such service on behalf of said defendant

Bryan Millner is a white male, approximately 35 years of age, stands 5 feet 11 inches tall, weight approximately 175 pounds with brown hair.

I affirm this 10th day of July 2026, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Jeffrey Teitel